THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Michael G. Devlin, State Bar No. 265365
michaeldevlin@bickellawfirm.com
701 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 374-4100
Facsimile: (619) 231-9040

JS - 6

Attorneys for Plaintiff LAURIE RODRIGUEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE RODRIGUEZ, | Case No. CV 11-00932-DSF (JLGx) |
| Plaintiff, | [Complaint Filed: January 31, 2011] |
| vs. | ORDER DISMISSING THE ACTION |
| FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive, | |
| Defendants, | |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: May 4, 2012

_____
Honorable Dale S. Fischer